**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**NATIONAL FARMERS UNION PROPERTY**                          **PLAINTIFF**
**& CASUALTY COMPANY**

**V.**                      **NO. 3:05-CV-00241 GTE**

**D&W INDUSTRIES, INC., et al.**                                **DEFENDANTS**

## ORDER OF DISMISSAL

The parties having advised that this case has been resolved by agreement,

IT IS THEREFORE ORDERED that the Complaint in this matter be, and it is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this   19th   day of January, 2007.

                                               ___/s/Garnett Thomas Eisele_____
                                               UNITED STATES DISTRICT JUDGE